UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>HAVEN REAL ESTATE<br>FOCUS FUND,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   16-35511<br><br>Chapter:  11<br><br>Honorable Jack B. Schmetterer |

**Order Allowing First and Final Fee Application of Counsel For Debtor For Allowance of Compensation and Reimbursement of Expenses**

This matter coming to be heard upon the application of counsel ("Application") for the Debtor for reimbursement of fees and expenses; notice having been given; no objections having been heard; the court having reviewed the Application of applicant and having heard the statements of counsel being fully informed of the premises:

IT IS HEREBY ORDERED that Applicant is allowed compensation for legal services rendered in the sum of $26,810.00, and reimbursement of actual expenses incurred for the same period in the sum of $3,201.40.

IT IS FURTHER ORDERED that counsel may immediately apply to $10,000.00 retainer and the balance due of $16,810.00 plus expenses of $3,201.40 (Total - $20,011.40) is payable immediately.

Enter:

United States Bankruptcy Judge

Dated: SEP 1 2 2017

**Prepared by:**
Richard G. Larsen
Springer Brown, LLC
300 S. County Farm Rd., Ste. I
Wheaton, Ill. 60187
630-510-0000
rlarsen@springerbrown.com

Rev: 20130103_bko