## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-35511 |
| | ) | |
| HAVEN REAL ESTATE FOCUS FUND LP, | ) ) | Chapter 11 |
| | ) | Judge Jack B. Schmetterer |
| Debtor. | ) | |

### NOTICE OF MOTION ON DEBTOR'S MOTION FOR FINAL DECREE

To: Debtor, U.S. Trustee and all other parties in interest per attached Service list

The debtor's Amended Liquidation Plan ("Plan") was confirmed by entry of order by Bankruptcy Judge Jack B. Schmetterer on **August 1, 2017**. Debtor has made all payments under the Plan and has filed a Motion for Final Decree.

YOU ARE HEREBY NOTIFIED that a hearing on the motion for final decree will be held on the **11th day of June, 2018 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, before the **Honorable Judge Jack B. Schmetterer** or any judge sitting in his stead, **in Courtroom 682 of the Dirksen Federal Building, 219 South Dearborn St., Chicago, Illinois,**, at which time you may appear if you deem fit.

DATED this 4th day of June, 2018.

/s/ Richard G. Larsen
Attorney for Debtor

Richard G. Larsen
Springer Brown, LLC
300 S County Farm Road
Suite I
Wheaton, Illinois 60187
630-510-0000
rlarsen@springerbrown.com

### CERTIFICATE OF SERVICE

The undersigned certifies that he served the above and forgoing Notice and Motion by depositing in the United States Mail at Wheaton, Illinois, a true and correct copy therof in a sealed envelope, first class postage prepaid, addressed to all parties as set forth herein on the **4h day of June, 2018**.

/s/ Richard G. Larsen
Attorney for Debtor

## **SERVICE LIST**

*ECF Service:*

Gretchen Silver, Trial Attorney
Office of the United States Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Curtis Miller
John DiTomo
Andrew J. Roth-Moore
Morris, Nichols, Arsht, Tunnell, LLP
1201 N. Market St.
Wilmington, DE 19899

*U.S. Mail Service:*

Haven Real Estate Focus Fund
c/o Albert Adriani
12824 S. Misty Harbor Lane
Palos Park, IL 60464

Dean Ketcham
496 Degway Road
Brownfield, ME 04010

Ditommaso & Lubin
17W220 W. 22nd Street
Suite 410
Oakbrook, IL 60181

Griesing Law, LLC
1717 Arch Street
Suite 3630
Philadelphia, PA 19103

Lynn Lewis IRA
c/o Millenium Trust Company
2001 Spring Road, #700
Oak Brook, IL 60523

Matthew Pordugal Trust
14835 Sunny Lane
Orland Park, IL 60462

McCarter & English, LLP
405 N. King Street
8th Floor
Wilmington, DE 19801

Nora Coers
Herengracht 5
Amsterdam
The Netherlands
1015 BA

Scott C. Lucas, Ltd.
127 S. 1st Street
Suite 301
Geneva, IL 60134

Sehoy Energy, LP
333 Texas Street, #619
Shreveport, LA 71101

Sehoy Energy, LP
c/o Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market St.
Wilmington, DE 19899-1347

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-35511 |
| | ) | |
| HAVEN REAL ESTATE FOCUS FUND LP, | ) ) | Chapter 11 |
| | ) | Judge Jack B. Schmetterer |
| Debtor. | ) | |

### MOTION FOR FINAL DECREE AND ORDER CLOSING CASE

NOW COMES the Debtor, HAVEN REAL ESTATE FOCUS FUND LP, by its attorneys, Richard G. Larsen and Springer Brown, LLC., and for its Motion for Final Decree pursuant to Bankruptcy Rule 3022 and Local Rule 3022-1, states as follows:

1. The order confirming the Debtor's Amended Plan of Liquidation dated June 21, 2017 ("Plan") was entered on August 1, 2017 and is a final order of this Court.

2. The status of payments due to each class and interest under the plan is as follows as of the date of presentment of this Motion:

   A. Costs of Administration and Priority Claim(s)

   Costs of Administration and priority claim(s) are paid in full.

   B. Class 1 – Paid in full.

   C. Class 2 – Paid in full with any additional sums to be paid from any recovery made by investigating parties.

   D. Class 3 – No payment due.

3. Contested matters and adversary proceedings have been resolved.

4. All current 11 U.S.C. §1930 quarterly fees and Court costs have been paid, or will be paid prior to presentment of motion.

5.  Debtor's counsel has notified all creditors of the estate of the scheduled hearing for final decree in this matter, as per the Certificate of Service. A proposed order is appended to this Motion.

WHEREFORE, Debtor prays for entry of a final decree closing this matter and for such other relief as the Court deem just.

Dated: 4th day of June, 2018.

>Respectfully submitted,
>
>HAVEN REAL ESTATE FOCUS FUND LP
>
>By:  /s/Richard G. Larsen /s/
>     One of his attorneys

Richard G. Larsen
Springer Brown, LLC
300 S. County Farm Road
Suite I
Wheaton, Illinois 60187
630-510-0000
rlarsen@springerbrown.com